UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADISHA COLE,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-09083-SB-SK<br><br>ORDER OF DISMISSAL |

    The parties filed a stipulation to stay this matter pending arbitration.  Dkt. No. 17.  The Court may stay or dismiss an action when all claims are subject to arbitration and the parties agree to arbitrate the claims.  See *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a district court may stay or dismiss an action when all claims are subject to arbitration).  This case is hereby DISMISSED without prejudice.

    Any party objecting to dismissal must file an objection along with an explanation for the objection no later than seven days after entry of this order.  If an objection is filed, all parties must appear in person for a hearing on December 19, 2023, at 9:00 a.m. in Courtroom 6C.  Absent any objection, this order will become final and the hearing will be vacated without further order of the Court.

    IT IS SO ORDERED.

Date: December 4, 2023

                                                   Stanley Blumenfeld, Jr.
                                                   United States District Judge